Case 4:10-cr-10004-KMM   Document 137 (Court only)   Entered on FLSD Docket 04/22/2014
Page 1 of 2

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 103940

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 113 C 4:10-10004-01

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Shawn Clarke

Name of Sentencing Judicial Officer: The Honorable K. Michael Moore, United States District Judge, Miami, Florida

Date of Original Sentence: September 1, 2010

Original Offense: Conspiracy to file false, fictitious and fraudulent claims, 18 U.S.C. § 286, a Class D felony

Original Sentence: Fifty-one (51) months custody of the Bureau of Prisons followed by three (3) years supervised release. Special conditions: (1) Financial Disclosure, (2) No New Debt Restriction, (3) Self employment Restriction, and (4) Substance Abuse Treatment. A Special Assessment of $100 and restitution in the amount of $40,345.00 was also imposed by the Court.

Type of Supervision: Supervised Release    Date Supervision Commenced: March 7, 2014

Assistant United States Attorney:    Defense Attorney:  
Aurora Fagan                          Roy Jeffrey Kahn  
99 NE 4th Street                      799 Brickell Plaza  
Miami, Fl 33132                       Miami, Fl 33131

## PETITIONING THE COURT

[X]  To issue a warrant  
[]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about April 12, 2014, in Palm Beach County, Florida, the defendant did commit Aggravated Battery contrary to Florida Statute 784.045. |

Case 4:10-cr-10004-KMM   Document 137 (Court only)   Entered on FLSD Docket 04/22/2014
Page 2 of 2

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 103940

2.  **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about April 12, 2014, in Palm Beach County, Florida, the defendant did commit Aggravated Assault, contrary to Florida Statute 784.021(1a).

3.  **Violation of Special Condition**, by failing to notify the probation office of a change in residence. On or about April 12, 2014, the defendant moved from his approved residence of 302 SW 2nd Street, Delray Beach, Florida, and failed to notify the probation officer 10 days prior to any change. His current whereabouts are unknown.

4.  **Violation of Mandatory Condition**, by failing to submit to drug testing. On March 13, 2014, the defendant was instructed to report for drug testing every Tuesday and on April 15 and 22, 2014, the defendant failed to do so.

United States Probation Officer Recommendation:

The term of supervision should be
[X]  revoked.
[ ]  extended for _ years, for a total term of _ years.
[ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 22, 2014___

*David Sutherland*  David Sutherland
               Apr 22 2014 12:20 PM
David Sutherland
United States Probation Officer
Phone: 561-804-6845

THE COURT ORDERS:

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

Kevin Michael Moore  Digitally signed by Kevin Michael Moore
                     DN: cn=Kevin Michael Moore, o, ou,
                     email=k_michael_moore@flsd.uscourts.gov, c=US
                     Date: 2014.04.22 14:14:47 -04'00'

Signature of Judicial Officer

___April 22nd 2014___
Date